# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Western Division

NECA−IBEW Local 364 Defined Contribution
Pension Trust Fund, et al.

                              Plaintiff,

v.                                    Case No.: 3:23−cv−50076

                                    Honorable Iain D. Johnston

WCP Solar Services, LLC

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 10, 2023:

    MINUTE entry by the Clerk of Court: Default is entered pursuant to Fed.R.Civ.P.55(a) as to Defendant WCP Solar Services, LLC for failure to plead or otherwise defend. Mailed notice. (vk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.